

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00810-CR

Laura C. **BUSTAMANTE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR1184
Honorable Melisa C. Skinner, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios Justice
                Beth Watkins, Justice

Delivered and Filed: January 11, 2023

DISMISSED

Appellant Laura Bustamante entered into a plea bargain with the State, pursuant to which she pleaded guilty to the charged offense. The clerk's record includes the trial court's certification stating this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). The record establishes the punishment assessed by the trial court on October 13, 2022 does not exceed the punishment recommended by the prosecutor and agreed to by the defendant. *See id.* 25.2(a)(2). The record also supports the trial court's certification that appellant does not have a right to appeal. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005)

(holding court of appeals should review clerk's record to determine whether trial court's certification is accurate).

We must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." *Id.* R. 25.2(d). On December 8, 2022, we ordered appellant to file a response establishing an amended certification showing she has the right to appeal has been made part of the appellate record. *See* TEX. R. APP. P. 25.2(d), 37.1. We advised appellant that if a supplemental clerk's record was required to show she has the right to appeal, she was required to request a supplemental record from the trial court clerk and file a copy of the request with this court. Finally, we admonished appellant that a failure to satisfactorily respond to this order within the time provided would result in the dismissal of this appeal. Appellant's counsel responded to our order stating appellant had "no right to appeal."

Accordingly, we dismiss this appeal. *See id.* 25.2(d).

PER CURIAM

DO NOT PUBLISH